**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-7292**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CRAIG DEHAVEN GASKINS, a/k/a "C",

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca Beach Smith, District Judge. (CR-00-14)

Submitted: December 11, 2003      Decided: December 22, 2003

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Craig Dehaven Gaskins, Appellant Pro Se. William David Muhr, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Craig Dehaven Gaskins appeals the district court's order denying his "Motion to Correct Sentence." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Gaskins, No. CR-00-14 (E.D. Va. Aug. 12, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2